

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2018

No. 04-18-00577-CV

**IN RE L.S.D**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01575
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The appellee's motion for an extension of time to file its brief is granted. We order the appellee's brief due December 26, 2018.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2018.

KEITH E. HOTTLE,
Clerk of Court